```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MARVIN SANDERS,
                                  :
            Plaintiff,                     ORDER
                                  :
     -against-                             07 Civ. 3390 (SHS)(MHD)
                                  :
NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.               :

            Defendants.           :
---------------------------------x
```

MICHAEL H. DOLINGER,
UNITED STATES MAGISTRATE JUDGE:

Plaintiff having made an application for the assignment of counsel from the Pro Bono Panel,

It is hereby **ORDERED** as follows:

1. Plaintiff's request for counsel is granted.

2. The Pro Se Office is to seek counsel for plaintiff in accordance with the Pro Bono Panel's procedures.

Dated: New York, New York
       July 9, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


A copy of the foregoing Order has been sent today to:

Mr. Marvin Sanders
1268 Stratford Avenue, #F4
Bronx, NY 10472

Mr. Marvin Sanders
BASICS
1064 Franklin Avenue
Bronx, NY 10456

Gabriel P. Harvis, Esq.
City of New York Law Department
100 Church Street
New York, NY 10007


A copy of the foregoing Order has been inter-office mailed this day to:

United States District Court, Southern District of New York
Pro Se Office
500 Pearl Street, Room 230
New York, NY 10007